```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20691
   RAMADA R DODD
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-6566


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 11/06/2007 and was confirmed 01/03/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   3.00%.

      The case was dismissed after confirmation 09/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
BALABAN FURNITURE           SECURED            250.00           .00         140.00
BALABAN FURNITURE           UNSECURED       NOT FILED           .00            .00
RENT A CENTER               SECURED               .00           .00            .00
ROBERT J ADAMS & ASSOC      PRIORITY        NOT FILED           .00            .00
US CELLULAR                 UNSECURED       NOT FILED           .00            .00
CORTRUST                    UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE LLC        UNSECURED           287.01          .00            .00
ASSET ACCEPTANCE LLC        UNSECURED            96.67          .00            .00
AT&T CREDIT MANAGEMENT C    UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE            UNSECURED          1089.30          .00            .00
BANK OF AMERICA             UNSECURED       NOT FILED           .00            .00
CAVALRY PORTFOLIO SERVIC    UNSECURED       NOT FILED           .00            .00
STANLEY STEEMER             UNSECURED       NOT FILED           .00            .00
TJ MAXX                     UNSECURED       NOT FILED           .00            .00
MARSHALLS                   UNSECURED       NOT FILED           .00            .00
CITI AUTO                   UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING     UNSECURED          7480.00          .00            .00
COMCAST                     UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON         UNSECURED       NOT FILED           .00            .00
COMCAST                     UNSECURED       NOT FILED           .00            .00
COMCAST                     UNSECURED       NOT FILED           .00            .00
SPRINT-NEXTEL CORP          UNSECURED          1067.40          .00            .00
DRIVE FINANCIAL SERVICES    UNSECURED       NOT FILED           .00            .00
SBC                         UNSECURED       NOT FILED           .00            .00
SPRINT                      UNSECURED       NOT FILED           .00            .00
FIRST USA BANK              UNSECURED       NOT FILED           .00            .00
HOPKINS ASSOCIATES          UNSECURED       NOT FILED           .00            .00
IQ TELECOM                  UNSECURED       NOT FILED           .00            .00
IMAGINE                     UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED           353.07          .00            .00
MCI RESIDENTIAL SERVICES    UNSECURED       NOT FILED           .00            .00
CHICAGO IMAGING             UNSECURED       NOT FILED           .00            .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 20691 RAMADA R DODD
```

```
COM ED                     UNSECURED      NOT FILED            .00            .00
DIRECT TV                  UNSECURED      NOT FILED            .00            .00
MCI COMMUNICATIONS         UNSECURED      NOT FILED            .00            .00
R & R COMPANY MOTORS INC   UNSECURED      NOT FILED            .00            .00
VILLAGE OF MATTESON        UNSECURED      NOT FILED            .00            .00
VILLAGE OF LANSING         UNSECURED      NOT FILED            .00            .00
SECRETARY OF STATE         NOTICE ONLY    NOT FILED            .00            .00
SOUTH SHORE EMERGENCY PH   UNSECURED      NOT FILED            .00            .00
US DEPT OF EDUCATION       UNSECURED       7722.50             .00            .00
WEST ASSET                 UNSECURED      NOT FILED            .00            .00
COMCAST CABLE              UNSECURED        916.85             .00            .00
RECIEVABLE MAN             UNSECURED        750.00             .00            .00
ROBERT J ADAMS & ASSOC     REIMBURSEMENT     32.33             .00          32.33
ROBERT J ADAMS & ASSOC     DEBTOR ATTY    3,500.00                          720.37
TOM VAUGHN                 TRUSTEE                                           76.52
DEBTOR REFUND              REFUND                                              .00
```

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   969.22

PRIORITY                                         32.33
SECURED                                         140.00
UNSECURED                                          .00
ADMINISTRATIVE                                  720.37
TRUSTEE COMPENSATION                             76.52
DEBTOR REFUND                                      .00
                       ---------------     ---------------
TOTALS                    969.22                969.22

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/22/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 20691 RAMADA R DODD